SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-CR-000358-003-MTK** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **WILLIAM TRAVIS CUTLIP,** | |
| **Defendant.** | |

Defendant William Cutlip conspired with Kyle Vanalstine to traffick stolen firearms. Mr. Vanalstine then stole approximately 40 firearms from a residence and transported many of them to Mr. Cutlip, who paid him for the guns and to stay quiet about the burglary.

However, from 2006 to 2009, Mr. Cutlip served with the U.S. Army in Iraq, suffered a traumatic brain injury caused by an improvised explosive device, and is on full, permanent, service-connected disability. Since around 2011, he has struggled with heroin and fentanyl use. Given the totality of the circumstances, the government recommends a prison sentence of 24 months.

**Government's Sentencing Memorandum** **Page 1**

**Guilty Plea & Guideline Computations**

On December 11, 2024, Mr. Cutlip pleaded guilty to Count 1 of the Indictment, charging conspiracy to traffick in firearms, in violation of 18 U.S.C. § 933(a)(1) and (a)(3). The government agrees with the guideline calculations as set forth in the Presentence Report.

**Factual Background and Argument**

On or around December 19, 2023, Mr. Cutlip and his co-conspirators broke into the vault of a Coos County residence and stole approximately one million dollars in cash, as well as gold, silver coins, and at least one firearm. In the days after the burglary, Mr. Cutlip spoke with Mr. Vanalstine about guns and cash being in the vault, and paid Mr. Vanalstine for a drill he had purchased prior to the burglary.

Around December 23rd, Mr. Vanalstine drove to the residence with the vault and stole approximately 40 firearms, including assault rifles, pistols, and at least one silencer. He later took most of the firearms to Mr. Cutlip's residence, and gave them to him. Mr. Cutlip paid Mr. Vanalstine for the guns and for staying quiet about the burglary.

On January 9, 2024, law enforcement executed a search warrant on Mr. Cutlip's

residence in Port Orford, and seized a silencer and the assault rifles pictured here, which were confirmed to have belonged to the victim.

Additionally, several stolen firearms which had been stored at Mr. Cutlip's property were later recovered in California.

**Government's Sentencing Memorandum**                                    **Page 2**

After the second burglary and theft of firearms, there was one more known burglary, bringing the total to at least three. The three burglaries released a flood of stolen firearms—including assault rifles—into the community and into the hands of felons. Law enforcement went to great lengths to investigate the initial and subsequent burglaries and to recover the stolen firearms. While Mr. Cutlip is not connected with the third burglary, his participation in the first left a gun-filled vault open and exposed, and his involvement in the second spread guns and news of the vulnerable vault.

Mr. Cutlip was convicted in state court for the burglary, and charged in the instant case in December 2024. He has often struggled on pretrial release, alternating between periods of relapse, followed by residential treatment and sobriety. Most recently, he was using fentanyl in late 2025 and early 2026, after which he spent several months at a residential treatment facility, graduating in mid-May. Since then, he has been clean and is on medication to reduce his desire to use opioids.

Mr. Cutlip is a decorated veteran, serving with U.S. Army in Iraq. While in Iraq, he suffered a traumatic brain injury caused by an improvised explosive device, and he is on full, permanent, service-connected disability. He has struggled with depression and post-traumatic stress disorder, as well as substance abuse.

However, none of this justifies the dangerous criminal conduct he engaged in, which resulted in stolen firearms being released into the community. His crimes were likely influenced by his drug use, but the crimes he engaged in are separate and distinct from the drug-related crimes often associated with addiction. The totality of his conduct and his history support the government's recommended sentence of 24 months in prison, which is sufficient but not greater than necessary.

**Government's Sentencing Memorandum**                                             **Page 3**

**Conclusion**

For the reasons above, the government respectfully recommends a sentence of 24 months' imprisonment, three years of supervised release, and a $100 fee assessment.

Dated: June 30, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney